UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ELIJAH SIMS,

                        Plaintiff,

                                                         <u>ORDER</u>

                                                         07-CV-6525L

             v.

WEGMANS FOOD MARKETS, INC.,
TEAMSTERS LOCAL UNION 118,

                        Defendants.
_____

      The order (Dkt. #13) and judgment (Dkt. #14) dismissing this case are vacated.

      Plaintiff's motion for an extension of time (Dkt. #22) and motion to appoint counsel (Dkt. #23) are denied.

      IT IS SO ORDERED.

                                                  _____
                                                      DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
       October 9, 2008.